**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7196

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM HENRY REID,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg. Henry M. Herlong, Jr., District Judge. (CR-97-748)

Submitted: Janury 15, 2004          Decided:  January 27, 2004

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Henry Reid, Appellant Pro Se. Arthur Bradley Parham, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Henry Reid, Jr., appeals from the denial of his motions for reconsideration under Federal Rules of Civil Procedure 59(e) and 60(b). His motions sought to void his criminal judgment and specifically asserted that he did not invoke the provisions of 28 U.S.C. § 2255 (2000). Because the rules of civil procedure have no applicability in a criminal case, see United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998), we affirm the district court's orders denying Reid's motions. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED